No. 861. RICEBAUM ET AL. *v.* UNITED STATES; and
No. 871. MENDELSON ET AL. *v.* SAME. May 15, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR.

JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Messrs. A. Walton Nall* and *George F. Callaghan* for petitioners in No. 861. *Mr. John M. Slaton* for petitioners in No. 871. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, J. Albert Woll,* and *William J. Connor* for the United States. Reported below: 101 F. 2d 628.